IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*



FILED
JUL 26 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| IN THE MATTER OF A SEARCH OF ) <br> SLEEP INN AND QUALITY INN ) <br> Room 466 and ) <br> Room 579 ) <br> 1521 Premium Outlets Boulevard ) <br> Norfolk, VA 23502 ) <br> ) <br> And ) <br> ) <br> 2023 Black Nissan Sentra, ) <br> LICENSE PLATE NUMBER NC KHH-7156, ) <br> VIN # 3N1AB8CV3PY275711 ) | Case Number: 2:23sw 135 <br> Case Number: 2:23sw 136 <br><br><br><br><br><br> Case Number: 2:23sw 137 |

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR A SEARCH WARRANT**

Keith C. Moore., being duly sworn, deposes and says:

**I.   Subject Hotel Rooms and Subject Vehicle**

1. This is an Affidavit submitted in support of an Application for a Search Warrant for rooms 466 and 579 at the Sleep Inn and Quality Inn located at 1521 Premium Outlets Boulevard, Norfolk, VA 23502 ("SUBJECT HOTEL ROOMS") and a Black 2023 Nissan Sentra VIN: 3N1AB8CV3PY275711, License Tag: North Carolina KHH-7156 ("SUBJECT VEHICLE"). The SUBJECT VEHICLE is a rental car registered to INC Cortney Leasing, 8126 Benrus St., Orlando, FL 32827-5074. Postal Inspectors verified that the vehicle is a commercial rental car that was rented on July 19, 2023 to be returned on July 26, 2023. Based on the facts set forth in this affidavit, I believe that there is probable cause to believe that the SUBJECT HOTEL ROOMS and the SUBJECT VEHICLE contain evidence, fruits, and instrumentalities of the following crimes: theft of U.S. mail in violation of 18 U.S.C. § 1708, possession of a postal arrow

1

key in violation of 18 U.S.C. § 1704, and conspiracy to commit and offense and defraud the United States in violation of 18 U.S.C. § 371.

## II. Affiant

2. I am a United States Postal Inspector and have been so employed since September 2005. I completed a twelve-week federal law enforcement basic training course in Potomac, Maryland, which provided training in U.S. mail operations investigations into mail theft and fraudulent activity related to the theft and alteration of stolen financial instruments. I am currently assigned to the Washington Division, Norfolk, Virginia Domicile and currently investigate violations involving the US Mail and Identity Theft. Your affiant has been involved in numerous arrests of individuals charged with mail theft and fraud related activity and has either assisted or been involved directly with approximately 100 searches of residences, hotel rooms, and/or motor vehicles where stolen mail was found and/or other fraudulent activities occurred.

3. The facts and information contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were related to me by the persons who made the observations.

4. Because this affidavit is being submitted for the limited purpose of securing a search warrant, your affiant has not included each and every fact known to me concerning this investigation.

## III. Statement of Facts

5. On Monday, October 24, 2022, a U.S. Postal Service Letter Carrier was accosted by an unknown black male wearing a hoodie. The suspect grabbed the U.S. Postal "arrow" key

from the letter carrier's hand and ripped the chain off the letter carrier's pants, tearing the belt loop of the letter carrier's waistband. As the suspect fled, the letter carrier witnessed him holding a handgun in the rear of his pants.

6. A U.S. Postal arrow key is a large key with an engraved arrow symbol on the front along with a serial number which is issued in a series which corresponds with specific zip codes. Each series of arrow keys is capable of opening various types of mail receptacles in their specific areas including blue collection boxes and apartment panel mailboxes. The arrow key stolen on October 24, 2022, is for the City of Chesapeake and is the only currently missing arrow key for Chesapeake.

7. Between October of 2022 and July of 2023, various post offices in the Chesapeake area were targeted over 50 times with break ins using the stolen arrow key. The U.S. Postal Inspection Service set up surveillance cameras at several locations to monitor the thefts.

8. On Monday, July 24, 2023, your affiant placed a package with a GPS tracker in one of the blue collection boxes at the Great Bridge Post Office. At approximately 5:08 A.M. your affiant was alerted to the movement of the GPS device. Your affiant along with Postal Inspector Kevin Horne tracked the package to the area of 6280 North Hampton Blvd, Norfolk, VA 23502. Your affiant and Inspector Horne began to canvas the area which included looking through several of the dumpsters in the parking lot. Your affiant discovered approximately 4 pieces of rifled mail between some garbage bags and retrieved the mail. Inspector Horne noticed security cameras at the garbage dumpsters and began to try to locate a number for the owner of the cameras.

9. Inspector Horne was able to obtain video footage of a black 4 door sedan leaving the Great Bridge Post Office at the time when the GPS tracker started moving. Your affiant met

3

with the manager of the Tru by Hilton Hotel to look for video surveillance of the parking lot that extended to the dumpsters. Your affiant was able to observe a black four door sedan pull up to the dumpsters and deposit what appeared to be papers or mail in the same location as where the mail was found. A subject was seen depositing the mail on several occasions between 5:30 AM and 6:00 AM.

10. Inspector Moore was able to call a couple of the senders of the mail that was found in the dumpster. Based on the recipient information provided, a law firm in Chesapeake, VA was able to verify that the letter was mailed the night before at the Great Bridge Post Office in Chesapeake after 5:00 PM. A veterinary hospital was able to verify that they also mailed letters at the Great Bridge Post Office after 5:00 PM.

11. Inspector Horne was later able to obtain video surveillance of the dumpsters located on the property. Surveillance cameras captured a black Nissan sedan with NC License Plate KHH-7156, the SUBJECT VEHICLE, park in front of the dumpsters. A black male wearing a black hoodie, green tie dye pants and blue rubber gloves is seen taking papers out of the vehicle and depositing them in the dumpsters. The time stamp of the video appears to be off by approximately one hour and shows around 4:50 AM. The sky is clearly present in a blue form consistent with sunrise.

12. Sometime after 9:00 AM, Inspector Horne drove around the parking lot at the Sleep Inn and Quality Inn which are adjacently located to the location of the dumpsters. Inspector Horne discovered the SUBJECT VEHICLE. Your affiant later parked next to the vehicle and was able to look through the back window to see what appeared to be multiple click-n-ship packages on the rear passenger floorboard in plain view. Your affiant took photos of the mail and sent the

4

information to Inspector Jason Thomasson.

13. Inspector Thomasson was able to travel to the address of the sender and verify that the sender, J.L., did in fact mail the packages from the Chesapeake Main Post Office the night before after 5:00 PM.

14. Postal Inspectors were able to contact the rental car company who owned the SUBJECT VEHICLE. The rental car company stated that the vehicle was rented by A▓▓ D▓▓ W▓▓ of Kings Mountain, NC. Postal Inspectors set up surveillance on the SUBJECT VEHICLE. At approximately 12:03 PM, your affiant observed the same black male with tie dye pants enter the SUBJECT VEHICLE in the parking lot of the hotel along with another individual, a black male with a white shirt and slippers.

15. The black male with a white shirt and slippers exited the SUBJECT VEHICLE after a few minutes, went over to another vehicle, and then returned to the SUBJECT VEHICLE and spoke again to the black male with tie dye pants. He then entered the hotel. The black male with the white shirt and slippers was observed driving a black Jeep registered to EAN Holdings, LLC ("Enterprise Rent-A Car"). The Jeep was rented by a N▓▓ N▓▓ of Columbia, SC.

16. Postal Inspectors interviewed a staff member at the Sleep Inn and Quality Inn and learned two rooms, 466 and 476 were rented on July 25, 2023, at 7:15 AM by S▓▓ J▓▓ of South Carolina with a check out date of July 26, 2023. Later in the day, Johnson requested to move from room 476 to another room and was then assigned room 579. Postal Inspectors reviewed security video footage at the Sleep Inn and Quality Inn. After reviewing security video footage, Inspectors observed the same black male with the tie dye pants, enter room 466 at approximately 7:15 AM. The black male with the white shirt and slippers along with a black female was observed

5

entering room 476 at 7:18 AM.

17. Postal Inspectors reviewing security footage observed on July 25, 2023 at 9:40 AM the black male with tie dye pants exited room 466 and the hotel at approximately 9:43 AM. Later again, at approximately 11:36 AM, the black male with tie dye pants was observed exiting room 466. At 11:41 AM, the black male with the white t-shirt and slippers was observed exiting room 466.

18. Postal Inspectors reviewing security footage observed the black male in the white t-shirt and slippers and a black female enter room 579 at approximately 5:40 PM.

V. **Conclusion**

19. On that basis and because of my knowledge, experience, and training, I believe probable cause exists for the search of the Sleep Inn and Quality Inn, Room 466 and Room 579, and and a Black 2023 Nissan Sentra VIN: 3N1AB8CV3PY275711, License Tag: North Carolina KHH-7156, wherein there is probable cause to believe exists evidence, fruits, and instrumentalities of the following crimes: theft of U.S. mail in violation of 18 U.S.C. § 1708, possession of a postal arrow key in violation of 18 U.S.C. § 1704, and conspiracy to commit and offense and defraud the United States in violation of 18 U.S.C. § 371.

20. Based on my experience in this investigation, I know that the individuals use the arrow keys to open the mailboxes late at night or very early in the morning in order to obtain collected mail before it is removed. Further, the reservation on the hotel rooms expires the morning of July 26, 2023 and the rental car is due to be returned the same day, indicating the individuals are likely to check out in the morning of July 26, 2023. Therefore, I request to execute these warrants at any time of day or night because good cause has been established.

21. I swear the information set forth above is the truthful and accurate, to the best of my knowledge.

Keith C. Moore
Postal Inspector

Subscribed and sworn to before me on the 25th day of July, 2023.

Lawrence R. Leonard
United States Magistrate Judge

7